In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for HARLEM RIVER DRIVE from West 155th Street to 8th Avenue, in the Borough of Manhattan. JAY COOGAN et al., Appellants; ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of New York Title and Mortgage Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante*, p. 859.]

■

CHARLES L. DONOUGHE v. PSATY & FUHRMAN, INC., et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See *ante*, p. 931.]

■

ALICE CHANCER v. LOUIS CHANCER.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ. [See *ante*, p. 561.]

■

IRVING S. DICK, Plaintiff, v. SUNBRIGHT STEAM LAUNDRY CORP., Defendant and Third-Party Plaintiff-Respondent. CITY OF NEW YORK, Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ. [See *ante*, p. 928.]

■

PICKFORD-LASKY PRODUCTIONS INCORPORATED, Respondent, v. FAVORITE FILMS CORPORATION, Appellant, and MOE KERMAN, Proposed Additional Defendant-Appellant.— Order appealed from by the defendant corporation unanimously affirmed, with $20 costs and disbursements to the respondent. At this time we do not pass upon the sufficiency of the cause of action as alleged against the individual defendant. Appeal of the individual defendant unanimously dismissed. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

DIENER & DORSKIND, INC., Respondent, v. FLOWER HILL COUNTRY ESTATES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.